# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| R. SETH WILLIAMS, DISTRICT ATTORNEY, | : | No. 63 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition and Immediate Stay is **DENIED**.